

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00529-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN**,
Appellant/Cross-Appellee

v.

**DOUBLE KNOBS MOUNTAIN RANCH, INC.**,
Appellee/Cross-Appellant

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV-B
Honorable Mickey R. Pennington, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's declaration that "SCHUHARDT engaged in inequitable conduct by attempting foreclosure on the property owned by DOUBLE KNOBS for reasons other than to preserve the security or protect the debt" is REVERSED. We MODIFY the trial court's judgment to DELETE the above declaration and AFFIRM the trial court's judgment AS MODIFIED. *See* TEX. R. APP. P. 43.2 (a).

Costs of this appeal are taxed against Appellant/Cross-Appellee Schuhardt Consulting Profit Sharing Plan.

SIGNED December 17, 2014.

_____
Patricia O. Alvarez, Justice